**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

No. 02-6677

———————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

HAROLD GRAMMER,

Defendant - Appellant.

———————

Appeal from the United States District Court for the District of South Carolina, at Charleston.  Falcon B. Hawkins, Senior District Judge.  (CA-01-2750-2)

———————

Submitted:  September 19, 2002      Decided:  September 27, 2002

———————

Before WILKINS, LUTTIG, and TRAXLER, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Harold Grammer, Appellant Pro Se.  Sean Kittrell, OFFICE OF THE UNITED STATES ATTORNEY, Charleston, South Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Harold Grammer seeks to appeal the district court's order denying his motion filed under 28 U.S.C. § 2255 (2000). We have reviewed the record and the district court's opinion and conclude on the reasoning of the district court that Grammer has not made a substantial showing of the denial of a constitutional right. See Grammer v. United States, No. CA-01-2750-2 (D.S.C. Mar. 25, 2002). Accordingly, we deny a certificate of appealability and dismiss the appeal. See 28 U.S.C. § 2253(c) (2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2